UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:17-00047 CJC (ADS)　　　　　　　　　Date: February 2, 2021

Title: *Francisco Perez v. K. Holland*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):　　　　Attorney(s) Present for Respondent(s):
　　　　None Present　　　　　　　　　　　　　　　　None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING STATE PETITIONS**

　　　　On January 18, 2018, the previous Magistrate Judge ordered this habeas case stayed until (1) Petitioner exhausts his state court remedies for each of the grounds that he asserted in the Petition; and (2) Petitioner's petition for recall and resentencing is resolved, including any appeals. [Dkt. No. 13]. The Court ordered Petitioner to file a status report every sixty days until those matters were resolved. [Id., p. 3–4]. Furthermore, the Court ordered Petitioner to file a notice concerning the California Supreme Court's resolution of these matters and copies of the orders or other resolutions of these matters in the California courts. [Id., p. 4].

　　　　On December 10, 2020, Petitioner, through counsel, filed a status report stating his petition for review in the California Supreme Court was denied on November 18, 2020. [Dkt. No. 36, p. 3]. The status report also states that Petitioner was released on parole on or about July 2, 2019. [Id., p. 2].

　　　　Petitioner is ordered to show cause by no later than February 16, 2021. Petitioner must file copies of the relevant state court orders regarding the resolution of his state habeas petition and petition for recall and resentencing. Furthermore, if Petitioner wishes to proceed with the Petition, he must file a request to lift the stay in this action. The request should also explain why the Petition is not moot, given Petitioner's release from custody.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:17-00047 CJC (ADS)                                      Date: February 2, 2021

Title:  *Francisco Perez v. K. Holland*

    If Petitioner no longer desires to pursue the Petition or if it is mooted by Petitioner's release, Petitioner may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

    **Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute or to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

    **IT IS SO ORDERED.**

Initials of Clerk kh