UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:17-00047 CJC (ADS)     Date: February 18, 2021

Title: *Francisco Perez v. K. Holland*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):  Attorney(s) Present for Respondent(s):
None Present                          None Present

**Proceedings:**     **(IN CHAMBERS) ORDER DISMISSING CASE**

In accordance with Petitioner's Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) [Dkt. No. 38], filed February 16, 2021, this action is dismissed.

**IT IS SO ORDERED.**

Initials of Clerk kh